UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 18, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PHOENIX HENRICHSEN,

Defendant.

Case No. 2:26-cr-00138-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release PHOENIX HENRICHSEN, Case No. 2:26-cr-00138-DAD, Charge 18 U.S.C. § 1201 - Kidnapping a Federal Employee, from custody for the following reasons:

____ Release on Personal Recognizance

X Bail Posted in the Sum of $ 150,000.00

____ Unsecured Appearance Bond $ ____

____ Appearance Bond with 10% Deposit

X Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): The Defendant's release is stayed until 11/19/2026 at 9:00 a.m. Upon release, the Defendant shall immediately report to the Pretrial Services Agency in Sacramento for intake.

X Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 18, 2026 at 2:19 p.m.

By: [signature]

Magistrate Judge Jeremy D. Peterson